IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ALLEN MAGGARD,

      Petitioner,           No. CIV S-04-2196 GEB KJM P

    vs.

THE PEOPLE OF THE STATE OF
CALIFORNIA,

      Respondent.      <u>ORDER</u>
_____/

      Petitioner, a state prisoner inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 22, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Neither party has filed objections to the findings and
2  recommendations.

3           The court has reviewed the file and finds the findings
4  and recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:

7           1.  The findings and recommendations filed June 22,
8  2005, are adopted in full; and

9           2.  Respondent's February 4, 2005 motion to dismiss is
10 granted and petitioner is permitted to file an amended petition
11 containing only exhausted claims within thirty days.

12 Dated:  August 15, 2005

13
                                /s/ Garland E. Burrell, Jr.
14                              GARLAND E. BURRELL, JR.
                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26