

FILED

NOV 28 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ALLEN MAGGARD,

    Petitioner,

    vs.

THE PEOPLE OF THE
STATE OF CALIFORNIA,

    Respondent.

No. CIV S-04-2196 GEB KJM P

ORDER

    In light of recent Supreme Court decisions, the order of August 16, 2005 is hereby vacated, the findings and recommendations of June 22, 2005 are not adopted, and the matter is remanded to the magistrate judge for reconsideration. See Rhines v. Weber, __ U.S. __, 125 S.Ct. 1528 (2005).

DATED: 11/23/05

/s/ _____
UNITED STATES DISTRICT JUDGE

magg2196.vfr

1